# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ROVER PIPELINE LLC,<br><br>         Petitioner,<br><br>v.<br><br>FEDERAL ENERGY<br>REGULATORY COMMISSION,<br><br>         Respondent. | Case No. 18-1032 |

## STATUS REPORT OF ROVER PIPELINE LLC

Pursuant to the Court's March 1, 2018 Order, Rover Pipeline LLC ("Rover") hereby provides this status report on proceedings pending before the Federal Energy Regulatory Commission ("the Commission") that relate to issues raised in Rover's appeal to this Court.

Rover petitioned this Court for review of Commission orders denying Rover's request for a blanket certificate under Part 157, Subpart F, of the Commission's regulations, 18 C.F.R. § 157.204. The Commission's denial of the blanket certificate stems from a dispute over whether Rover improperly removed a 175-year-old house outside of the pipeline's construction right-of-way. Additional proceedings that relate to issues raised on appeal here, including concerning the removal of the 175-year-old house, remain pending before the Commission.

1

On September 13, 2023, the United States District Court for the Northern District of Texas stayed those administrative proceedings under 5 U.S.C. § 705 pending the Supreme Court's resolution of *Securities and Exchange Commission v. Jarkesy*, No. 22-859 ("*Jarkesy*"). *See* Order, *Rover Pipeline LLC v. FERC*, No. 3:22-cv-00232 (N.D. Tex. Sept. 13, 2022), Dkt. No. 52. On June 27, 2024, the Supreme Court issued a merits decision in *Jarkesy*.

The District Court also stayed its proceedings concerning whether FERC is violating the Natural Gas Act and the Constitution by bringing an administrative enforcement action before a FERC administrative law judge instead of in federal district court before an Article III judge and jury. The District Court had previously stayed both its own proceeding and the administrative proceedings pending the Supreme Court's resolution of *Axon Enterprise, Inc. v. Federal Trade Commission*, Case No. 21-86, and *U.S. Securities and Exchange Commission v. Cochran*, Case No. 21-1239. The stays remain in force.

4914-6740-5842V.2

Rover will file its next status report on May 16, 2025.

                                                  Respectfully submitted,

                                                  /s/ William S. Scherman

                                                  William S. Scherman
                                                  Jason J. Fleischer
                                                  VINSON & ELKINS LLP
                                                  2200 Pennsylvania Avenue NW
                                                  Suite 500 West
                                                  Washington, DC 20037
                                                  (202) 639-6500
                                                  wscherman@velaw.com
                                                  jfleischer@velaw.com

                                                  *Attorneys for Rover Pipeline LLC*

February 14, 2025

**Certificate of Compliance With
Typeface Requirements and Type-Style Requirements**

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

  /s/ William S. Scherman

William S. Scherman
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
(202) 639-6500
wscherman@velaw.com

*Attorney for Rover Pipeline LLC*

February 14, 2025

## Certificate of Service

I hereby certify that on this 14th day of February, 2025, I caused a copy of the foregoing Status Report to be served with the Clerk of the Court via the Court's CM/ECF filing system. Service on participants in the case who are registered CM/ECF users will be accomplished by the appellate CM/ECF system. A copy of the foregoing Status Report will also be served on the following via first-class mail:

    Honorable Debbie-Anne A. Reese
    Acting Secretary
    Federal Energy Regulatory Commission
    888 First Street, N.E.
    Washington, DC 20426

    Robert Solomon
    Solicitor
    Federal Energy Regulatory Commission
    888 First Street, N.E.
    Washington, DC 20426

    /s/    William S. Scherman

    William S. Scherman
    VINSON & ELKINS LLP
    2200 Pennsylvania Avenue NW
    Suite 500 West
    Washington, DC 20037
    (202) 639-6500
    wscherman@velaw.com

    *Attorney for Rover Pipeline LLC*